IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL REALTY INVESTMENT ADVISORS, LLC, <br><br> Defendant. | CIVIL ACTION <br><br> Case No. 2:22-cv-01198-JDW <br><br> STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

WHEREAS, Plaintiff U.S. Construction, Inc. ("Plaintiff") filed the Complaint in this action on March 29, 2022;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant National Realty Investment Advisors, LLC's ("Defendant") response to the Complaint is due on May 2, 2022;

WHEREAS, counsel for the parties have agreed that Defendant may have an additional thirty (30) days from May 2, 2022, to answer, move or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the Defendant's time to answer, move or otherwise respond be extended thirty (30) days, through and including June 1, 2022.

Dated: April 29, 2022

/s/ Evan M. Labov
Evan M. Labov, Esq.
HANKIN SANDMAN PALLADINO
WINTROB & BELL
30 South New York Avenue
Atlantic City, NJ 08401
Tel: (609) 344-5161
*Attorneys for Plaintiff*

/s/ Kyle Vellutato
Kyle Vellutato, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Tel. (973) 643-7000
*Attorneys for Defendant*

## ORDER

Pursuant to the Parties' stipulation, **IT IS SO ORDERED.** Defendant shall answer, move or otherwise respond to Plaintiff's Complaint on or before June 1, 2022. All counsel must comply with Judge Wolson's Policies and Procedures concerning the timing of requests for extensions. The Court will deny any future untimely requests.

Date: April 29, 2022

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
UNITED STATES DISTRICT COURT