IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. CONSTRUCTION, INC.,**  *Plaintiff,*  v.  **NATIONAL REALTY INVESTMENT ADVISORS, LLC,**  *Defendant* | **Case No. 2:22-cv-01198-JDW** |

### ORDER

AND NOW, this 18th day of April, 2024, upon notice that the Parties are resolving their claims through pending bankruptcy proceedings, it is **ORDERED** that the Court's Order (ECF No. 12) staying the above-captioned matter is **VACATED,** and this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.